IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 06-CR-30175-DRH |
| | ) | |
| **RONNIE MCCOY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

**HERNDON, District Judge:**

Before the Court is a motion to continue trial submitted by Defendant Ronnie McCoy. (Doc. 9.) The motion is unopposed. The Court finds that trial should be postponed in order to give Defendant's counsel sufficient time to prepare; to do otherwise would visit a manifest miscarriage of justice upon the Defendant. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant in a speedy trial because failure to grant such a continuance would unreasonably deny Defendant's counsel the time necessary to adequately and effectively prepare. Therefore, the Court **GRANTS** Defendant McCoy's motion to continue. (Doc. 9.) The Court **CONTINUES** the jury trial scheduled for March 19, 2007 until Monday, May 14, 2007 at 9:00 a.m. The time from the date Defendant's

motion was filed, March 5, 2007, until the date on which the trial is rescheduled, May 14, 2007, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED**.

Signed this 6th day of March, 2007.

/s/     David   RHerndon
**United States District Judge**
